634

402 A.2d 1080

In the Interest of Shaw, a minor.

Appeal of William Shaw, a minor.

Petition for Allowance of Appeal Granted May 10, 1979.

Argued December 5, 1978.   Cynthia M. Weaver, Assistant Public Defender, for appellant;  Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

402 A.2d 1081

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal Denied May 4, 1979.

Submitted December 6, 1977.   John W. Packel, Assistant Public Defender, Chief, Appeals Division, and with him, Leonard Sosnov, Assistant Public Defender, for appellant;  Michael R. Stiles, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., WATKINS, former P. J. and HOFFMAN, J., did not participate in the consideration or decision of this case.